UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| **BEN ROOD, on behalf of himself and all others similarly situated,** | : <br> : <br> : |
| *Plaintiff*, | : Civil Action No. 2:17-1223 NR <br> : |
| v. | : <br> : |
| **R&R EXPRESS, INC.,** | : **Electronically Filed** <br> : |
| *Defendant.* | : |

---

**PROPOSED CASE MANAGEMENT ORDER**

**AND NOW**, pursuant to this Court's Order of July 21, 2020 (ECF 93), it is hereby ORDERED that the parties comply with the following:

1)   Fact and expert discovery shall be completed by December 15, 2020.

2)   Any motions for final certification of the FLSA collective class and for class certification of the PMWA class shall be filed by January 14, 2021.

3)   Any motion for decertification of the FLSA collective class shall be filed by January 14, 2021.

Date: _____          _____
                                              J. Nicholas Ranjan, USDJ