**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BEN ROOD, | : | |
| | : | |
| Plaintiff, | : | CIVIL DIVISION |
| | : | |
| v. | : | No. 2:17-cv-1223-NR |
| | : | |
| R&R EXPRESS, INC., | : | |
| | : | |
| Defendants. | : | (*Electronically Filed*) |
| | : | |
| | : | |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Defendant, R&R Express, Inc. in the above-captioned matter.

                              BURNS WHITE LLC

                              By:   */s/ McCall B. Chafin*
                                      McCall B. Chafin, Esquire
                                      Pa. I.D. #328772
                                      Burns White Center
                                      48 26th Street
                                      Pittsburgh, PA  15222
                                      (412) 995-3261
                                      (412) 995-3300 (facsimile)
                                      mbchafin@burnswhite.com

Date:  04/29/22

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the within Entry of Appearance was filed via the Court's Electronic Filing System and served upon counsel of record via the same.

By:   */s/ McCall B. Chafin*
McCall B. Chafin, Esquire
Pa. I.D. #328772
Burns White Center
48 26th Street
Pittsburgh, PA  15222
(412) 995-3261
(412) 995-3300 (facsimile)
mbchafin@burnswhite.com