UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------- x
                                                          :

**BEN ROOD**, on behalf of himself and all others  :
similarly situated,                                            :
                                                          :
                 *Plaintiff*,                     : **Civil Action No. 2:17-1223 NR**
                                                          :
                       v.                           :
                                                          : **Electronically Filed**

**R&R EXPRESS, INC.**,

                 *Defendant.*

------------------------------------------------------- x

### Plaintiff's Unopposed Motion for
### Preliminary Approval of Class Action Settlement

      Please take notice that, pursuant to Rule 23 of the Federal Rules of Civil Procedure, Named Plaintiff Ben Rood respectfully moves this Court for preliminary approval of the class-action Settlement Agreement that has been reached in this lawsuit. The settlement agreement is attached to Plaintiff's Motion as Exhibit A.

      For the reasons set forth in the accompanying memorandum of law, Plaintiff respectfully asks the Court to (i) provisionally certify the proposed class, (ii) preliminarily approve the settlement terms as fair, reasonable, and adequate, (iii) appoint Joseph H. Chivers of the law firm The Employment Rights Group, LLC, and Jeffrey W. Chivers and Theodore I. Rostow of Chivers LLP as class counsel, (iv) appoint Named Plaintiff Ben Rood as the class representative, (v) preliminarily approve the enhancement payments for Named Plaintiff Ben Rood and Opt-In Plaintiffs Jonathan Zehe and David Miller, (vi) approve Class Counsel as the Settlement Administrator, (vii) endorse the proposed process for approval of attorneys' fees and costs, (viii)

approve the form of the Class Action Settlement Notice (attached to the Agreement as Exhibit B), which will be sent to all class members as set forth in Exhibit A to Plaintiff's Settlement Agreement, (ix) set deadlines for exclusions and objections to the settlement, and (x) schedule a Fairness Hearing to take place no less than 50 days after the date of the Court's preliminary approval order.

Defendant does not oppose this motion. The points and authorities supporting the motion are set forth in the accompanying memorandum of law. A proposed order is attached.

Dated:  July 6, 2022
          Pittsburgh, PA

By:    s/ Joseph H. Chivers

Joseph H. Chivers
   jchivers@employmentrightsgroup.com
**THE EMPLOYMENT RIGHTS GROUP LLC**
First & Market Building
100 First Avenue, Suite 650
Pittsburgh, PA  15222
Tel.:  (412) 227-0763
Fax:  (412) 774-1994

Jeffrey W. Chivers, Esq.
   jwc@chivers.com
Theodore I. Rostow, Esq.
   tir@chivers.com
**CHIVERS LLP**
300 Cadman Plaza West, 12th Floor
Brooklyn, New York  11201
Tel.: (718) 210-9825

*Counsel for Plaintiff*
*and all others similarly situated*