# EXHIBIT A

## Schedule A - Class Member Allocations

| Schedule A | |
|---|---|
| **ID** | **Settlement Award** |
| 1 | $ 8,353.69 |
| 2 | $ 6,515.91 |
| 3 | $ 5,279.19 |
| 4 | $ 14,578.21 |
| 5 | $ 1,371.15 |
| 6 | $ 18,241.17 |
| 7 | $ 807.15 |
| 8 | $ 6,647.13 |
| 9 | $ 26,979.81 |
| 10 | $ 7,986.16 |
| 11 | $ 9,314.95 |
| 12 | $ 19,276.13 |
| 13 | $ 3,371.05 |
| 14 | $ 1,835.67 |
| 15 | $ 2,878.45 |
| 16 | $ 2,136.58 |
| 17 | $ 1,657.33 |
| 18 | $ 3,323.57 |
| 19 | $ 9,446.69 |
| TOTAL | $ 150,000.00 |