UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEN ROOD, on behalf of himself and all others similarly situated, | : <br> : <br> : <br> : |
| *Plaintiff*, | : Civil Action No. 2:17-1223 NR <br> : |
| v. | : <br> : **Electronically Filed** |
| R&R EXPRESS, INC., | : <br> : |
| *Defendant*. | : <br> : |

**Plaintiff's Unopposed Motion for**
**Final Approval of the Class Action Settlement Agreement**

And Now Comes Named Plaintiff Ben Rood, by and through his undersigned counsel, and files this Unopposed Motion for Final Approval of the Class Action Settlement Agreement in this matter.

The Parties have reached a settlement, have executed a Settlement Agreement (*See* ECF No. 160-1), and have completed notice and the other steps required in the Settlement Agreement and this Court's Preliminary Approval Order (ECF No. 162). Therefore, Plaintiff requests entry of the proposed Final Approval Order attached hereto approving the Settlement Agreement and dismissing the civil action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Wherefore, and for the reasons stated in the accompanying memorandum of law, Plaintiff respectfully requests entry of the proposed Final Approval Order.

<u>Dated</u>:  September 1, 2022
           Pittsburgh, PA

By:   s/ Joseph H. Chivers

Joseph H. Chivers
  jchivers@employmentrightsgroup.com
**THE EMPLOYMENT RIGHTS GROUP LLC**
First & Market Building
100 First Avenue, Suite 650
Pittsburgh, PA  15222
Tel.:  (412) 227-0763
Fax:  (412) 774-1994

Jeffrey W. Chivers, Esq.
  jwc@chivers.com
Theodore I. Rostow, Esq.
  tir@chivers.com
**CHIVERS LLP**
300 Cadman Plaza West, 12th Floor
Brooklyn, New York  11201
Tel.: (718) 210-9825

*Counsel for Plaintiff
and all others similarly situated*
